

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-16-00755-CV

**IN THE ESTATE OF AMINITA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

On February 7, 2018, appellant filed a Suggestion of Mootness, in which appellant requests this court vacate the trial court's order granting summary judgment and render judgment dismissing appellee's case on the ground of mootness.

We **ORDER** appellee to file a response on or before **February 26, 2018** to appellant's Suggestion of Mootness.

It is so ORDERED on February 9, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court